```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/20/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
Roger A Bell,                                :
                                             :
                      Plaintiff,   :
                                             :       1:25-cv-7891-GHW
         -against-            :
                                             :       ORDER
Commissioner of Social Security,             :
                                             :
                  Defendant.   :
                                             :
-----------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

      This case was stayed on October 17, 2025 pursuant to the Standing Order staying certain civil cases. Dkt. No. 9. Because the government shutdown ended on November 12, 2025, the stay is no longer in effect.

      On October 3, 2025, the Court directed the parties to confer as to whether they consent to proceeding before the assigned Magistrate Judge, and to submit either an executed consent form or a joint letter no later than October 17, 2025. Dkt. No. 8. The parties are directed to comply with the Court's order no later than December 5, 2025.

      SO ORDERED.

Dated: November 20, 2025
New York, New York

                                                  GREGORY H. WOODS
                                           United States District Judge