USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/2/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

Roger A Bell,                                  :
                                               :
                          Plaintiff,           :
                                               :                    1:25-cv-7891-GHW
            -against-                          :
                                               :                    ORDER
Commissioner of Social Security,               :
                                               :
                          Defendant.           :
                                               :
-----------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

On October 3, 2025, the Court directed the parties to confer as to whether they consent to proceeding before the assigned Magistrate Judge, and to submit either an executed consent form or a joint letter no later than October 17, 2025. Dkt. No. 8. This case was stayed pursuant to the Standing Order staying certain civil cases on October 17, 2025. Dkt. No. 9.

On November 20, 2025, the Court directed the parties to comply with the Court's October 3, 2025 order no later than December 5, 2025. Dkt. No. 10. On December 5, 2025, and at the parties' request, that deadline was extended to December 30, 2025. Dkt. Nos. 11, 12. The parties are directed to comply with the Court's October 3, 2025 order no later than January 15, 2026.

The Clerk of Court is directed to mail a copy of this order to Plaintiff.

SO ORDERED.

Dated: January 2, 2026
New York, New York

_____
GREGORY H. WOODS
United States District Judge