**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X
BELL,

Plaintiff,

-against-

COMMISSIONER OF SOCIAL SECURITY,

Defendant.
---------------------------------------------------------------X

**ORDER**

**25-CV-7891 (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

On February 6, 2026, Defendant filed a motion to dismiss the Complaint. To date, Plaintiff has not filed a response to the motion. As a courtesy, Plaintiff has until **August 25, 2026** to file his response. If Plaintiff files a response, Defendant has until **September 8, 2026** to file its reply. If Plaintiff does not file a response, the Court will treat Defendant's motion as unopposed.

**The Clerk of Court is respectfully requested to mail *pro se* Plaintiff a copy of this order.**

SO ORDERED.

DATED: New York, New York
August 4, 2026

Jennifer E. Willis

JENNIFER E. WILLIS
United States Magistrate Judge